# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3782

_____

McBud of Missouri, Inc.,         *
                                         *

               Appellant,        *    Appeal from the United States
                                         *    District Court for the Eastern

     v.                            *    District of Missouri.
                                         *

Siemens Energy & Automation, Inc.,   *       [UNPUBLISHED]
                                         *

             Appellee.       *

_____

Submitted:  April 14, 2000

Filed: April 19, 2000

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

McBud of Missouri, Inc. (McBud) appeals the district court's adverse grant of summary judgment in McBud's diversity lawsuit. Because this is a diversity action, we review de novo questions of state law. After de novo review of the case in the context of McBud's contentions, we are satisfied the district court correctly interpreted the state statutory provisions at issue and the grant of judgment was proper for the reasons stated by the district court. We also conclude that a comprehensive opinion in this diversity case would lack precedential value. We thus affirm on the basis of the district court's ruling without further discussion. See 8th Cir. R.47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.